JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| Ford Motor Credit Company LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Randolph Ben Clymer,<br><br>Defendant. | Case No. 5:21-cv-01093-MWF(SPx)<br><br>**ORDER FOR DISMISSAL WITHOUT PREJUDICE**<br><br>Assigned to: Judge Michael W. Fitzgerald<br>Referred to: Magistrate Judge Sheri Pym<br><br>Trial Date:          December 12, 2023 |

The Court being fully advised and based on the stipulation to order for dismissal without prejudice and for retention of jurisdiction of plaintiff, Ford Motor Credit Company LLC, a Delaware limited liability company ("Ford Credit" or "Plaintiff") and defendant, Randolph Ben Clymer, an individual ("Clymer" or "Defendant"), (Plaintiffs and Defendants being referred to together as the "Parties"), and pursuant to *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-382 (1994); *K.C. ex rel. Erica C. v. Torlakson* (9th Cir. 2014) 762 F.3d 963, 967, quoting, *Kokkonen, supra,* 511 U.S. at 381, 114 S.Ct. 1673, ("Courts have ancillary jurisdiction to enforce a settlement agreement only 'if the parties' obligation to comply with the terms of the settlement agreement ha[s] been made part of the order of dismissal—either by separate provision (such as a provision 'retaining jurisdiction' over the settlement agreement) or by incorporating the terms of the

10872.0176/16612505.2

settlement agreement in the order.' ") *See also, Alvarado v. Table Mountain Rancheria,* 509 F.3d 1008, 1017 (9th Cir.2007) (stating that where "the dismissal order incorporates the settlement terms, or the court has retained jurisdiction over the settlement contract.... the party seeking enforcement of the settlement agreement must allege a violation of the settlement agreement in order to establish ancillary jurisdiction")

**IT IS HEREBY ORDERED THAT:**

1. The Parties' Confidential Settlement Agreement and Release entered into by them in connection with this Action with an Effective Date of November 27, 2023 (the "Settlement Agreement") and the Stipulation for Entry of Judgment Against Defendant Randolph Ben Clymer (the "Stipulation to Judgment") is incorporated by reference into this Stipulated Order.

2. Ford Credit's complaint is dismissed without prejudice.

3. The Court shall retain jurisdiction over the Parties and this matter, under its current case number, to:

   a) enforce the terms of the Settlement Agreement;

   b) enter judgment against defendant, Randolph Ben Clymer on the Parties' Stipulation to Judgment.

IT IS SO ORDERED.

Dated: November 30 2023

_____
MICHAEL W. FITZGERALD
United States District Judge